THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone: (213)894-5710
    Facsimile: (213)894-7177
    E-Mail:   Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  SACV 06-444 DOC (MLGx) |
| Plaintiff, | JUDGMENT |
| v. | |
| $223,178.00 IN BANK ACCOUNT FUNDS; SIX CASHIER'S CHECKS VALUED AT $231,151.00; AND $31,415.00 IN U.S. CURRENCY, | |
| Defendants. | |
| HIEU VINH NGUYEN PHUC and KATHY TRAN, | |
| Claimants. | |

Pursuant to the Court's Order granting the motion for summary judgment filed by Plaintiff United States of America

("Plaintiff"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff shall have judgment against the defendant $223,178.00 in bank account funds; six cashier's checks valued at $231,151.00; and $31,415.00 in U.S. currency. The defendants shall be forfeited to the United States of America, which shall dispose of the defendants in the manner provided by law.

2. The Court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

3. Claimants Hieu Vinh Nguyen Phuc and Kathy Tran shall bear their own attorneys' fees and costs.

DATED: May _6, 2008    _____
                        DAVID O. CARTER
                        UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


_____
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

2