ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213)894-5710
    Facsimile: (213)894-7177
    E-Mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$223,178.00 IN BANK ACCOUNT FUNDS; SIX CASHIER'S CHECKS VALUED AT $231,151.00; AND $31,415.00 IN U.S. CURRENCY,<br><br>        Defendants.<br><br>KATHY TRAN AND HIEU VINH,<br><br>        Claimant. | NO. SACV 06-444 DOC (MLGx)<br><br>CONSENT JUDGMENT OF FORFEITURE |

This action was filed on May 5, 2006. Notice was given and published in accordance with law. On June 9, 2006 and June 12, 2006, claimants Hieu Vinh ("Vinh") and Kathy Tran ("Tran") filed verified Statements of Interest respectively. Claimant

Tran filed an Answer on June 26, 2006 and claimant Vinh filed an Answer on August 15, 2006.  No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  Claimant Vinh's interest in the defendants has been extinguished by summary judgment entered on April 30, 2008.  Plaintiff and claimant Tran have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendants other than claimants are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. $100,000.00 of the defendants, without any interest earned, shall be paid to claimant Tran by electronic transfer directly into the account entitled "Lynne Patterson, Client Trust Account."

4. The United States of America shall have judgment as to remainder of the defendants, plus all interest earned by the government on the full amount of the defendants, and no other person or entity shall have any right, title or interest therein.  The United States Department of Treasury is ordered to dispose of said assets in accordance with law.

5. Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the Immigration and Customs Enforcement, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimants.

6. Plaintiff, United States of America, agrees that it will not seek to recover civil sanctions (except to the extent that the forfeiture of the defendants can be considered a civil sanction), attorney's fees or costs in connection with this action or the underlying seizure.

7. Nothing in this agreement shall be deemed an admission of wrong doing by claimant Tran.

//
//
//
//
//
//
//
//
//
//
//
//

```
 1    8.   The Court finds that there was reasonable cause for the
 2         seizure of the defendants and institution of these
 3         proceedings.  This judgment shall be construed as a
 4         certificate of reasonable cause pursuant to 28 U.S.C.
 5         § 2465.
```

Dated: __August 4, 2010

/s/ David O. Carter
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

DATED: July __, 2010

ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

Date: July __, 2010

_____
LYNNE PATTERSON, Esq.

Counsel for Claimant
Kathy Tran